AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LARRY HAYES,**
**Plaintiff,**

vs.                                                                                     Case Number:   **05-2282**

**PATRICK HARTSHORN, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  Case is terminated.

ENTER this 17th day of March 2009.


  s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK



    s/K. Wynn
BY:  DEPUTY CLERK